# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 14, 2011

Lyle W. Cayce
Clerk

No. 10-30547

MUTTASIM ELHASSAN,

Plaintiff - Appellant

v.

CITY OF SHREVEPORT; C.S. HEARD, individually and in his official capacity as a police officer for the City of Shreveport,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:08-CV-1628

Before BARKSDALE, GARZA, and ELROD, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.